UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                   CRIMINAL NO. 06-20122

          Plaintiff,

                   HONORABLE AVERN COHN

v.


D-3, DAVID ACETO,

         Defendant.

_____/


## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO SURRENDER TO BUREAU OF PRISONS

Before the Court is the above referenced motion. The defendant seeks an extension of the January 09, 2008 surrender date to the designated institution by the Bureau of Prisons until February 01, 2008. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that motion is GRANTED. The Defendant's report date be extended until **Monday, February 04, 2008**.

IT IS FURTHER ORDERED that the Defendant is to voluntarily surrender for the commencement of his sentence before 2:00 p.m at the designated institution.

SO ORDERED.



Dated: January 02, 2008          s/ Avern Cohn
                                 AVERN COHN
                                 UNITED STATES DISTRICT JUDGE